UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   __8:22-CR-00034 CJC__                                    Date: __March 18, 2024__

Present: The Honorable: __Autumn D. Spaeth, United States Magistrate Judge__

Interpreter ___N/A___

| __Kristee Hopkins__ | __None__ | __Not Present__ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 30) Lorenzo Galvan | X | | | Patrick W. McLaughlin, Panel | | X | |

**Proceedings:  (In Chambers)  Order of Detention After Pretrial Release Revocation Hearing (18 U.S.C. §§ 3142 and 3148)**

   Defendant appeared after being taken into custody on an arrest warrant issued by United States District for the Central District of California after United States Pretrial Services submitted a Petition for Action on Conditions of Pretrial Release alleging that Defendant committed multiple violations of the conditions of his pretrial release. The Court conducted an initial appearance, detention hearing and revocation hearing on the alleged violations at which the Government requested revocation of release and detention.

   The Court finds by clear and convincing evidence that the defendant violated the alleged conditions of his release, specifically as alleged in the Petition. The Court finds that the Government has established by a preponderance of the evidence that no condition or combination of conditions of release is reasonably likely to assure the safety of the community and that the defendant is unlikely to abide by any condition or combination of conditions of release.

   Defendant's pretrial release is revoked, and he is remanded to the custody of the United States Marshal pending further proceedings in this matter.  Related Bonds are exonerated.

   **IT IS SO ORDERED.**

                                                                                             __0:00__
                                                    Initials of Deputy Clerk  __kh__